# 916 CASES REPORTED WITH BRIEF SYLLABI.

HENRY E. SCHWAB, Respondent, v. NELLIE J. SCHWAB, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

HENRY E. SCHWAB, Respondent, v. NELLIE J. SCHWAB, Appellant, and Another. (Action No. 4.) — Motion denied on condition that appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

PRESTON B. SEAMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion denied. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

WILLIAM SHALALA, Appellant, v. HADDOCK MINING COMPANY, Respondent. (Appeal No. 1.) — Motion denied. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

WILLIAM SHALALA, Appellant, v. HADDOCK MINING COMPANY and PLYMOUTH COAL COMPANY, Respondents. (Appeal No. 2.) — Motion denied. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

WILLIAM SHALALA, Appellant, v. PLYMOUTH COAL COMPANY, Respondent. (Appeal No. 3.) — Motion denied. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

ISIDOR SILBERBERG and Another, Respondents, v. SAM WEMBER and Others, Appellants.— Motion granted. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

JOHANNA F. SWEENEY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion denied, without costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

LILLIAN M. TIEDEMAN, Respondent, v. WILLIAM C. TIEDEMAN, Appellant.— Motion denied. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

HENRY WILDMAN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Motion denied, on condition that appellant perfect the appeal, place the case on the September calendar of thisc ourt and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

JOHN BALZER, Respondent, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

BERT BARRY, Respondent, v. RICHARD MARKEY, JR., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

ANNA HORSTMANN BRAUN, Respondent, v. HENRY MEYER and MARGUERITE MEYER, Appellants.— Judgment and order of the County Court of Richmond county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

JOSEPH BUCALOS, Respondent, v. BERNHARD SCHUBERT, Appellant.— Judgment and order reversed and new trial granted, costs to abide the